1537.    DANIELS *et al. v.* THE STATE.

POWELL, J.    1. This court has jurisdiction of a writ of error from the city court of Springfield. While in the act creating that court Springfield is referred to as a town, yet by the act of 1907 (Georgia Laws 1907, p. 923) this municipality was expressly declared by the legislature to be a city.

2. The evidence clearly shows that a larceny was committed, and raises a strong suspicion that the defendants, or some of them, were involved in the commission of the larceny; yet the circumstances adduced were not sufficient legally to connect any particular defendant with the crime. The conviction must therefore be set aside.        *Judgment reversed.*

Accusation of larceny from house, from city court of Springfield—Judge Smith.    October 20, 1908.

Submitted January 14,—Decided January 27, 1909.

*Strange & Cobb,* for plaintiff in error.

*R. W. Sheppard,* solicitor, *D. H. Clark,* contra.